IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

      Plaintiff,

v.

JORDAN E.  HAMBURGER,

      Defendant.

_____

ORDER
_____

The matter before the Court is Defendant's Motion To Allow Evidence That Plaintiff Received A "Large Sum Of Money" In May Of 2004.  The Court carefully has considered the motion.  Accordingly, it is

ORDERED that Defendant's Motion To Allow Evidence That Plaintiff Received A "Large Sum Of Money" In May Of 2004 is denied, except that the evidence may come in on cross-examination of Plaintiff or her witnesses for impeachment purposes.  It is

FURTHER ORDERED that the Court will deduct the sum of money paid to Plaintiff if she receives a jury verdict and if such deduction is appropriate and just.

DATED at Denver, Colorado, this _5th_ day of July, 2005.

BY THE COURT:

s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court