IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 02-cv-02260-ZLW-MJW

CYNTHIA A. SEARCY,

    Plaintiff,

v.

JORDAN E. HAMBURGER,

    Defendant.

_____

ORDER
_____

    The matter before the Court is Defendant's Motion To Exclude Plaintiff's Power Point Presentation Prepared By Brain Matters, Inc. The Court agrees that Plaintiff's disclosure of the power point presentation is untimely under Fed. R. Civ. P. 26(a)(3), and Plaintiff has not shown substantial justification for the failure timely to disclose it or that the failure is harmless. Accordingly, it is

    ORDERED that Defendant's Motion To Exclude Plaintiff's Power Point Presentation Prepared By Brain Matters, Inc., is granted. It is

    FURTHER ORDERED that there shall be no mention of insurance, workers' compensation, or Medicare programs. It is

    FURTHER ORDERED that Plaintiff's Response In Opposition To Defendant's Motion To Exclude Plaintiff's Power Point Presentation Prepared By Brain Matters, Inc., treated in part as a motion to exclude Defendant's poster presentation of Tom Alcorn's

reports, is denied without prejudice.  See D.C.COLO.LCivR 7.1C. ("A motion shall be made in a separate paper.").

DATED at Denver, Colorado, this   6th   day of July, 2005.

BY THE COURT:


S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court