IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

    Plaintiff,

v.

JORDAN E.  HAMBURGER,

    Defendant.

_____

# ORDER
_____

    The matter before the Court is Plaintiff's Motion To Exclude Defendant's Poster Presentation Prepared By Thomas L. Alcorn, M.S., P.E.  The Court agrees that Defendant's disclosure of the poster presentation is untimely under Fed. R. Civ. P. 26(a)(3).  Accordingly, it is

    ORDERED that Plaintiff's Motion To Exclude Defendant's Poster Presentation Prepared By Thomas L. Alcorn, M.S., P.E., is granted.  It is

    FURTHER ORDERED that the Court will reconsider the matter if Defendant shows substantial justification for the failure timely to disclose the poster presentation or that the failure is harmless.

    DATED at Denver, Colorado, this __8th__ day of July, 2005.

                                                 BY THE COURT:

                                               S/ Zita L. Weinshienk
                                               _____
                                               ZITA L. WEINSHIENK, Senior Judge
                                               United States District Court