IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

    Plaintiff,

v.

JORDAN E.  HAMBURGER,

    Defendant.

_____

ORDER
_____

    The matters before the Court are objections made during the videotape preservation depositions of two witnesses, Susan K. Weintraub and Scott E. Raub.  The Court has reviewed the transcripts and the objections.  Accordingly, it is

    ORDERED that all objections made at the deposition of Susan K. Weintraub are overruled except for the following, which are sustained: page 12, lines 7-24 shall be stricken beginning with "So job coaching . . ."; page 21, lines 15-18 shall be stricken; and page 52, lines 20-25, through page 53, lines 1-11 shall be stricken.  It is

    FURTHER ORDERED that all objections made at the deposition of Scott E. Raub are overruled except for the following, which are sustained: page 36, lines 4-25, and page 37, line 1 shall be stricken; and page 44, lines 13-25 shall be stricken.

    DATED at Denver, Colorado, this   8   day of July, 2005.

                                                          BY THE COURT:

                                                          S/ Zita L. Weinshienk
                                                          _____
                                                          ZITA L. WEINSHIENK, Senior Judge
                                                          United States District Court