FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 02-cv-02260-ZLW-MJW

CYNTHIA A. SEARCY,

    Plaintiff,

v.

JORDAN E. HAMBURGER,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this _22_ day of July, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendant