IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

      Plaintiff,

v.

JORDAN E.  HAMBURGER,

      Defendant.

_____

MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July __28__, 2005


      It is ORDERED that Defendant's Motion For Judgment Notwithstanding The Verdict Pursuant To F.R.C.P. [sic] 50 is denied.