IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

    Plaintiff,

v.

JORDAN E.  HAMBURGER,

    Defendant.

_____

ORDER DIRECTING THE AMENDMENT OF JUDGMENT
_____

    The matter before the Court is Defendant's Renewed Motion To Apply PIP Offset To Jury Award.  The jury award in this case is properly offset by the Personal Injury Protection (PIP) benefits that Plaintiff received.[1]  Although the parties disagree as to the precise amount of PIP benefits Plaintiff received, even accepting Plaintiff's amount, $40,000, the $15,212.50 jury award is completely offset by that amount.  Accordingly, it is

    ORDERED that Defendant's Renewed Motion To Apply PIP Offset To Jury Award is granted.  It is

    FURTHER ORDERED that the Clerk is directed to amend the Judgment to reflect a Judgment of zero dollars.  It is

---

[1] See Hickenbottom v. Schmidt, 626 P.2d 726, 726 (Colo. App. 1981); Evinger v. Greeley Gas Co., 902 P.2d 941, 943 (Colo. App. 1995).

FURTHER ORDERED that the Clerk is directed to amend the Judgment to state that each party shall bear her or his own costs, subject to the rule on offer of judgment, Fed. R. Civ. P. 68, if applicable.

DATED at Denver, Colorado, this   29   day of September, 2005.

BY THE COURT:


s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court