IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  02-cv-02260-ZLW-MJW

CYNTHIA A.  SEARCY,

    Plaintiff,

v.

JORDAN E.  HAMBURGER,

    Defendant.

_____

ORDER
_____

      The matter before the Court is Defendant's Motion For Determination Of Applicability Of Defendant's Offer Of Judgment.  Defendant made a $400,000 offer of judgment to Plaintiff pursuant to Fed. R. Civ. P. 68 on October 14, 2003.  Plaintiff did not accept the offer, but in April 2004, the parties entered into a $900,000-$475,000 high-low settlement agreement.  The case then proceeded to trial in July 2005.  Plaintiff was awarded $15,221,15 at trial, and the award later was reduced by the Court to zero dollars.  Defendant now moves for an order awarding costs pursuant to Fed. R. Civ. P. 68.  The Court is unable to find any case law addressing whether a high-low settlement wipes out a Rule 68 offer.  Nonetheless, the Court find that costs should not be awarded in this case, since if Plaintiff were required to pay costs, then she would recover less than the $475,000 the parties agreed upon.  Defendant's argument that

the high-low settlement is not admissible on this motion fails, since the terms of the settlement were not offered to prove liability.[1]  Accordingly, it is

ORDERED that Defendant's Motion For Determination Of Applicability Of Defendant's Offer Of Judgment [Doc. # 120], which requests that the Court award Defendant his costs pursuant to Fed. R. Civ. P. 68, is denied.

DATED at Denver, Colorado, this ___10___ day of January, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See Fed. R. Civ. P. 408.